510 A.2d 721

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Gus TAYLOR, III, Respondent.**

Supreme Court of Pennsylvania.

June 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 51 W.D. Appeal Docket 1986.